MAX MEYER, Respondent, v. UNITED DRESSED BEEF COMPANY, Appel-

---

* See Consol. Laws, chap. 50 (Laws of 1909, chap. 52), § 98.— [REP.

lant.— This motion for a new trial was rightly denied, because creditors who were named in advance in plaintiff's bill of particulars cannot be considered newly discovered. Further, with this testimony in, the result might not be materially changed. Actions for a tortious breaking up of business open a wide door as to damages by showing prior profits as well as subsequent losses. (Suth. Dam. [4th ed.] § 70.) The order denying defendant's motion for a new trial is, therefore, unanimously affirmed, with costs. Present — Thomas, Mills, Putnam, Blackmar and Kelly, JJ.